# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                     )
DARREN LAMONT KEYS,                  )
                                     )
            Plaintiff,               )
                                     )
      v.                             )        Civil Action No. 08-0726 (ESH/AK)
                                     )
DEPARTMENT OF HOMELAND               )
SECURITY, *et al.*,                  )
                                     )
            Defendants.              )
_____    )

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Pursuant to Local Civil Rule 72.3, this Court referred this matter to Magistrate Judge

Alan Kay for report and recommendation. Magistrate Judge Kay issued a Report and

Recommendation on February 13, 2009.

Under Local Civil Rule 72.3(b), parties may file objections within ten days of service of a

magistrate judge's Report. A party's failure to file a timely objection may waive appellate

review of a district court order adopting the Report and Recommendation. *See* LCvR 72.3(b).

In this case, the Court concurs with the recommendations contained in the magistrate

judge's Report. Since no party has filed any objections within the prescribed time period, it is

this 10th day of March, 2009, hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation of February 13,

2009, is **ADOPTED IN FULL**; and it is

**FURTHER ORDERED** that defendants' motion for summary judgment [Dkt. # 18] is

**GRANTED** for the reasons stated in the Report and Recommendation; and it is

**FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Dated:   March 10, 2009


cc:  Magistrate Judge Alan Kay